UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

Rowe Plastic Surgery of New Jersey, L.L.C. et al,

                              Plaintiffs,         No. 23-cv-08298 (CM)
                                                  No. 23-cv-06238 (CM)
                                                  No. 23-cv-08527 (CM)

     -against-

Aetna Life Insurance Company,

                              Defendant.
--------------------------------------------------------------x

## ORDER

     These cases are stayed pending the appeal of *Rowe Plastic Surgery of New Jersey, L.L.C. v. Aetna Life Insurance Co.*, --- F. Supp. 3d ----, 2023 WL 8534865 (S.D.N.Y. Dec. 11, 2023). The parties shall jointly inform the Court by letter within seven days after the appeal is decided, dismissed, or otherwise terminated.

     Defendant's pending motion for extension of time (Dkt No. 28) in Case No. 23-cv-08298 is DENIED as moot. The clerk of the court is directed to remove the entry from the list of the court's open motions.


Dated: August 26, 2024

                                                         _____
                                                                U.S.D.J.

BY ECF TO ALL COUNSEL